COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Petty, Chafin and Senior Judge Annunziata


DANIEL F. BROADHURST 810-11566 AND
 VANLINER INSURANCE COMPANY

                                        MEMORANDUM OPINION[*]
v.        Record No. 0410-14-1                                        PER CURIAM
                                                                      AUGUST 26, 2014
DANIEL BROADHURST


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

       (S. Vernon Priddy III; Stephen A. Marshall; Two Rivers Law Group,
       P.C., on brief), for appellants.

       No brief for appellee.


Daniel F. Broadhurst 810-11566 and Vanliner Insurance Company appeal a decision of

the Workers' Compensation Commission ("the commission") amending the average weekly

wage of Daniel Broadhurst to an amount greater than that originally stipulated to by the parties

on March 9, 2012.  We have reviewed the record and the commission's opinion and find that this

appeal is without merit.  Accordingly, we affirm for the reasons stated by the commission in its

final opinion.  See Broadhurst v. Broadhurst 810-11566, VWC File No. VA00000592497 (Feb.

3, 2014).  We dispense with oral argument and summarily affirm because the facts and legal

contentions are adequately presented in the materials before the Court and argument would not

aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                  Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.